

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00725-CV

NORMIE BROWN AND DERRICK BROWN, Appellants

V.

BANK OF AMERICA, N.A., U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1, AND NATIONSTAR MORTGAGE LLC, Appellees

Appeal from the 80th District Court of Harris County.   (Tr. Ct. No. 2013-52210).

**TO THE 80TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 13th day of August 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on August 1, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellants, Normie Brown and Derrick Brown, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 13, 2015.

Panel consists of Justices Jennings, Bland, and Brown. Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

